Printed: 11/14/2005          **Average Daily Balance For Pauper Filing**          Page 1 of 1

*For Days the Individual was in Residence at SCI from 10/6/2005 through 11/14/2005*

**SBI: 00301308**          **NAME:    WOODS, ANTHONY C**

| Date | Balance |
|------|---------|
| 10/06/2005 | $0.00 |
| 10/07/2005 | $0.00 |
| 10/08/2005 | $0.00 |
| 10/09/2005 | $0.00 |
| 10/10/2005 | $0.00 |
| 10/11/2005 | $0.00 |
| 10/12/2005 | $0.00 |
| 10/13/2005 | $0.00 |
| 10/14/2005 | $0.00 |
| 10/15/2005 | $0.00 |
| 10/16/2005 | $0.00 |
| 10/17/2005 | $0.00 |
| 10/18/2005 | $0.00 |
| 10/19/2005 | $0.00 |
| 10/20/2005 | $0.00 |
| 10/21/2005 | $0.00 |
| 10/22/2005 | $0.00 |
| 10/23/2005 | $0.00 |
| 10/24/2005 | $0.00 |
| 10/25/2005 | $0.00 |
| 10/26/2005 | $0.00 |
| 10/27/2005 | $0.00 |
| 10/28/2005 | $0.00 |
| 10/29/2005 | $0.00 |
| 10/30/2005 | $0.00 |
| 10/31/2005 | $0.00 |
| 11/01/2005 | $0.00 |
| 11/02/2005 | $0.00 |
| 11/03/2005 | $0.00 |
| 11/04/2005 | $0.00 |
| 11/05/2005 | $0.00 |
| 11/06/2005 | $0.00 |
| 11/07/2005 | $0.00 |
| 11/08/2005 | $0.00 |
| 11/09/2005 | $0.00 |
| 11/10/2005 | $0.00 |
| 11/11/2005 | $0.00 |
| 11/12/2005 | $0.00 |
| 11/13/2005 | $0.00 |
| 11/14/2005 | $0.00 |

*Summary for 'SBI' = 00301308 (40 detail records)*          **Average Daily Balance:      $0.00**



05 - 812

FILED

NOV 2 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Prior Month -- Individual Statement

Date Printed: 11/14/2005                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00301308 | WOODS | ANTHONY | C | | | |
| Current Location: | PRE-TRIAL UNIT 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 10/6/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| Committed | | 10/6/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Copies | | 10/21/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Current Month -- Individual Statement

Date Printed:  11/14/2005

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00301308 | WOODS | ANTHONY | C | | | |
| Current Location: | PRE-TRIAL UNIT 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 11/8/2005 | $0.00 | $0.00 | ($1.99) | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | **$0.00** |

Total Amount Currently on Medical Hold:  ($6.00)

Total Amount Currently on Non-Medical Hold:  ($9.16)