IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY C. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-812-SLR |
| | ) |
| SUE SCHAPPELLE, and | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Anthony C. Woods, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _December 13_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _December 13_, 2005.

_Anthony C. Woods_
Signature of Plaintiff

I/M: ANTHONY WOODS BLDG: T. A.U. #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



Office Of The Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570