Anthony C. Woods

v.                                          Civ. No. 05-812-SLR

Sue Schappell
Dr. Roberta Burnes

Dear Sir/Madam:

Here is the corrected "U.S. Marshal-285" form for the Attorney General. In



Sincerely,
Anthony C. Woods

S.B.I.# 301308
I/M: ANTHONY C. WOODS  BLDG. W-1 Hut #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE
PB 2230370
FEB 09 06
$00.630
19947
1196
7900
7940

U.S.M.S.
X-RAY

Office Of The Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570