IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY C. WOODS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-812-SLR |
| | : | |
| v. | : | |
| | : | |
| SUE SCHAPPELLE and | : | |
| DR. ROBERTA BURNS, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

**TO: CLERK OF THE COURT**

Kindly enter my appearance on behalf of defendant, Dr. Roberta Burns, in the above-captioned matter.

                                                 MARSHALL, DENNEHEY, WARNER,
                                               COLEMAN & GOGGIN

                                             BY: /s/ Kevin J. Connors
                                                KEVIN J. CONNORS, ESQ.
                                                DE Bar ID: 2135
                                                1220 North Market Street, 5th Fl.
                                                P.O. Box 8888
                                                Wilmington, DE 19899-8888
                                                Attorney for Defendant,
                                                Dr. Roberta Burns

DATED: April 28, 2006

**CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the ENTRY OF

APPEARANCE, have been served by E-File and Regular Mail to the following:

Anthony C. Woods
SBI #301308
SCI
PO Box 500
Georgetown, DE 19947

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                                  BY:     /s/ Kevin J. Connors
                                        KEVIN J. CONNORS, ESQ.
                                        DE Bar ID: 2135
                                        1220 North Market Street, 5th Fl.
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        Attorney for Defendant,
                                        Dr. Roberta Burns

DATED: April 28, 2006