IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY C. WOODS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-812-SLR |
| | : | |
| v. | : | |
| | : | |
| SUE SCHAPPELLE and | : | |
| DR. ROBERTA BURNS, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this ____ day of _____, 2006, upon consideration of the Motion of Defendant, Dr. Roberta Burns, for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant, Dr. Roberta Burns, shall respond to Plaintiff's Complaint on or before May 31, 2006.

                                                                            J.

\15_A\LIAB\DAGRIFFITH\SLPG\349600\LAREFNER\13252\00164