# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY C. WOODS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-812-SLR |
| | : | |
| v. | : | |
| | : | |
| SUE SCHAPPELLE and | : | |
| DR. ROBERTA BURNS, | : | |
| | : | |
| Defendants. | : | |

**RULE 7.1.1 STATEMENT OF DEFENDANT, DR. ROBERTA BURNS**

The undersigned counsel for defendant, Dr. Roberta Burns, hereby certifies that he is unable to contact Pro Se plaintiff, Anthony C. Woods, directly by telephone to determine whether he consents to the relief requested because plaintiff is currently incarcerated at the Sussex Correctional Institution in Georgetown, Delaware.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorney for Defendant,
       Dr. Roberta Burns

DATED: April 28, 2006
\15_A\LIAB\KJCONNORS\DISC\349607\LAREFNER\13252\00164

## **CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the **RULE 7.1.1 STATEMENT OF DEFENDANT, DR. ROBERTA BURNS**, have been served by E-File and Regular Mail to the following:

Anthony C. Woods
SBI #301308
SCI
PO Box 500
Georgetown, DE 19947

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                                BY:   /s/ Kevin J. Connors
                                    KEVIN J. CONNORS, ESQ.
                                    DE Bar ID: 2135
                                    1220 North Market Street, 5th Fl.
                                    P.O. Box 8888
                                    Wilmington, DE 19899-8888
                                    Attorney for Defendant,
                                    Dr. Roberta Burns

DATED: April 28, 2006

\15_A\LIAB\KJCONNORS\DISC\349589\LAREFNER\13252\00164