U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Anthony C. Woods | COURT CASE NUMBER 05-812 (SLR) |
| DEFENDANT Sue Schappell | TYPE OF PROCESS O/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sue Schappell, Correctional Medical Services

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

12647 Olive Boulevard, St. Louis, MO 63141

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony C. Woods  
Sussex Correctional Inst. P.O. Box 500  
Georgetown, DE 19947

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"Pauper Case"

Signature of Attorney or other Originator requesting service on behalf of:  
Anthony C. Woods  
☑ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER  
DATE 11-22-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) — Total Process — District of Origin No. — District to Serve No. — Signature of Authorized USMS Deputy or Clerk: BF — Date 3-1-06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

FILED  
MAY − 2 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Address (complete only if different than shown above)  
Date of Service 5/1/06  Time am/pm  
Signature of U.S. Marshal or Deputy: BF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

No longer @ DOC - CMS will not accept for individuals. Ret unexecuted

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)