D.I. # _____

# CIVIL ACTION
# NUMBER: _____05 cv 812_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

            OFFICIAL USE

Postage                              $  .39
Certified Fee                           2.40
Return Receipt Fee                      1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees                 $  4.64

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, 2006, USPS

Sent To:     Correctional Medical Services
Street, Apt. No.
or PO Box No.  12647 Olive Boulevard
City, State, ZIP+4   St. Louis, MO 63141

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0004 3169 5780
```