## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY C. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-812-SLR |
| | ) | |
| SUE SCHAPPELL and DR. ROBERTA BURNS, | ) ) | |
| | ) | JURY TRIAL BY TWELVE |
| Defendants. | ) | DEMANDED |

## **ORDER**

ON THIS _____ day of _____ , 2006, having considered the Motion of Defendant, Dr. Roberta Burns, to Dismiss Plaintiff's Complaint, and all Responses thereto, and there being good cause to grant such Motion,

IT IS ORDERED THAT all claims against Defendant, Dr. Roberta Burns, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
The Honorable Sue L. Robinson

\15_A\LIAB\KJCONNORS\LLPG\355424\BAJOHNSON\13252\00164