## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **MOTION OF DEFENDANT, DR. ROBERTA BURNS, TO DISMISS PLAINTIFF'S COMPLAINT,** in the above-captioned matter this date by regular mail:

Anthony C. Woods
SBI No. 301308
Sussex Correctional Institute
P.O. Box 500
Georgetown, DE 19947

                              **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY:    */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant, Dr. Roberta Burns

DATED: May 30, 2006

\15_A\LIAB\KJCONNORS\LLPG\355425\BAJOHNSON\13252\00164