# EXHIBIT 4

# EXHIBIT 4

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Anthony C. Woods v. Sue Schappel and Dr. Roberta Burns
Civil Action NO. 05-812-SLR

\15_A\LIAB\ESTHOMPSON\LLPG\355372\ESTHOMPSON\13252\00163