United States District Court

For the District of Delaware

**FILED**
JUN 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05 - 812 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

05-812-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Correctional Medical Services
12647 Olive Boulevard
St. Louis, MO 63141

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

[Postmark: GRAVE ... MAY 31 2006 ... LOUIS MO]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0004 3169 5780

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540