**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kjconnors@mdwcg.com**

June 9, 2006

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court
844 N. King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

    Re:    Woods v. Burns
             C. A: 05-812-SLR
             Our File No: 13252-00164

Dear Dr. Dalleo:

    Pursuant to the Court Order dated May 26, 2006, D.I. #13, Correctional Medical Services lists below the last known address for Sue Schapelle:

        16717 Shiloh Church Road
        Laurel, DE 19956

                              Very truly yours,

                              */s/ Kevin J. Connors*

                              Kevin J. Connors

KJC/vll

Cc: Anthony C. Woods
\15_A\LIAB\KJCONNORS\CORR\357727\VLLUCAS\13252\00164