DATE: 7-11-06
NAME: ANTHONY WOODS
CIVIL ACTION: 05-812-SLR

To the clerk of the court. This letter is to inform you of my latest movement. I'm located at the Central Violation Center (CVOP) P.O. Box 5003 Smyrna, Del 19977.

THANK You.
ANTHONY WOODS
*Anthony C. Woods*

BD scanned
2006 JUL 13 PM 2:57
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Anthony C. Woods
SBI# 301308   UNIT Pod 2/28
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197
12 JUL 2006 PM 3 T

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801