In The United States District Court
For The District Of Delaware

Anthony C. Woods,
  plaintiff's

V.

Sue Schappelle and
Dr. Roberta Burns,
  Defendant.

Civ. No. 05-812-SLR

2006 AUG -4  PM 3:05
BP Scanned
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR COURT APPOINTED COUNSEL

Comes Now, the plaintiff, Anthony C. Woods, pro se who pursuant to 28 USCA 1915; moves this Honorable Court to grant this motion. In support, the following facts are asserted;

1) I have no knowledge of medical law; and therefore I will need proffessional assistance in this medical malpractice claim.

2) I have no way of going to a law library to recieve the proper information for this matter at hand.

Certificate Of Service

I, Anthony C. Woods, hereby certify that I have served a true and correct copy of the attached: MOTION COURT APPOINTED Counsel, upon the following person/s below:

| Name | Street | City/State/Zip |
|---|---|---|
| Sue Schappelle | P.O. Box 500, Sussex Correctional Inst. | Georgetown Del. 19947 |
| Dr. Roberta Burns | P.O. Box 500, Sussex Correctional Inst. | Georgetown Del. 19947 |
| Deputy Attorney General | 820 N. French St. | Wilmington, Delaware 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Central Violation Of Probation Center P.O. Box 5003 Smyrna, Del 19977-5003

This 31 day of July, 2006

Anthony C. Woods

Name - Anthony C. Woods
S.B.I. # 00301308
Case # 05-812-SLR
Date - 07/31/06

To the clerk of the court, Peter T. Dalleo

As you know, I am currently incarcerated at Central Volation Center. There is no law libary for the inmates who are house here. The staff here told me that the only way for me to get any law legal paperwork, I must write to Delaware Correctional Center (DCC) and they'll send me the proper paperwork that I need. However I Don't know what paperwork I need to fill out, and there is no way of me getting help from the law library workers and the proper information that I need for this matter.

As of 07/31/06, I Anthony C. Woods is asking the court for a court appointed attorney for this matter. Due to the fact that I'm not able to get the proper legal forms and information from here, as I would be able to get at a level 5 facility.

Signature,
Anthony C. Woods



WILMINGTON DE 197
03 AUG 2006 PM

Clerk of the Court
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware
19801-3570

I/M Anthony C. Woods
SBI# 301308   UNIT # 7
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003