IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-812-SLR |
| | ) |
| SUE SCHAPPELLE and DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court ordered Correctional Medical Services ("CMS") to provide the last known address of defendant Sue Schappelle so that she might be served. (D.I. 13) On June 9, 2006, counsel for CMS complied with the court's order, and by letter provided the address of Sue Schappelle. (D.I. 18) A copy of the letter was sent to plaintiff Anthony C. Woods. <u>Id.</u>

THEREFORE, at Wilmington this 29th day of August, 2006, IT IS ORDERED that plaintiff shall submit, within 30 days from the date of this order, a new USM-285 form for defendant Sue Schappelle with the address provided by CMS, and one copy of the complaint (D.I. 2) for service upon Sue Schappelle. **Failure to provide the U.S. Marshal 285 form for Sue Schappelle within 30 days from the date of this order may result in defendant Sue Schappelle being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

_____
UNITED STATES DISTRICT JUDGE