IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY C. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-812-SLR |
| | ) |
| SUE SCHAPPELLE and | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Anthony C. Woods, filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 30, 2006, the court entered an order requiring plaintiff to complete and return a USM-285 form for defendant Sue Schappelle, and informing plaintiff that the United States Marshal would not serve the complaint until the USM-285 form was received by the clerk of the court, and that failure to provide the USM-285 form within 120 days from the date of the order may result in defendant Schappelle being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 22);

WHEREAS, to date, the required USM-285 form has not been received from plaintiff;

THEREFORE, at Wilmington this 8th day of December, 2006, IT IS HEREBY ORDERED that defendant Sue Schappelle is DISMISSED

WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                                          */s/ Sue L. Robinson*
                                                         United States District Judge