Name: ANTHONY WOODS
Case#: 05-812-SLR

I'm writing this letter to inform you of my change of my address. I am no longer housed at C.V.O.P., however I did recieve the last letter from the court at that address. The new address is stated below.

Morris Correctional Community Center
300 Waters Street
Dover Delaware,
19904



FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Sincerely,
Anthony C. Woods



Anthony Woods
M.C.C.C. 300 waters st.
Dover Del, 19904

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON OR FOR OFFICE OF THE CONTENTS OF THE LETTER. STATE INCURRED OR IS NOT RESPONSIBLE FOR THIS LETTER

Office Of The Clerk
United State District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S
X-RAY