IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY C. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-812-SLR |
| | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of January, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 15) is **granted**.

2. Plaintiff's motion for appointment of counsel (D.I. 21) is **denied** as **moot**.

3. The clerk of the court is ordered to enter judgment in favor of defendant and against plaintiff. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

United States District Judge