IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY C. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-812-SLR |
| | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of January 12, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Dr. Roberta Burns and against plaintiff Anthony C. Woods.

_____
United States District Judge

Dated: January 19, 2007

_____
(By) Deputy Clerk