

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

*September 11, 2007*

**Kevin J. Connors** ,ESQ.
Marshall, Dennehey, Warner, Coleman & Goggin
Email:kjconnors@mdwcg.com

    RE: **Woods v. Schappelle et al.**
        Civ. No. **05-cv-812-SLR**

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    16.

    A copy of the signed acknowledgment has been attached for your records.

                                    Sincerely,

                                    Peter T. Dalleo, Clerk

                                    By:

    I hereby acknowledge receipt of the above mentioned documents on ___9/11/07___.

                        Signature